LEOPOLD D. SCHWARZ, PLAINTIFF IN ERROR, v. THE MAYOR, &c., OF DOVER, DEFENDANTS IN ERROR.

Submitted March 27th, 1905—Decided June 19th, 1905.

On error to the Supreme Court.

For the plaintiff in error, *George T. Werts.*

For the defendants in error, *John O. H. Pitney.*

PER CURIAM.

The judgment brought before us by this writ of error is affirmed, upon the grounds stated in the opinion of Mr. Justice Pitney, reported in 41 *Vroom* 502.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, DIXON, GARRISON, GARRETSON, SWAYZE, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY.    11.

*For reversal*—None.